

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD SHAMOON, Derivatively and on Behalf of Nominal Defendant LANNETT COMPANY, INC., | |
| Plaintiff, | Civil Action No. 2:18-cv-03070-WB |
| v. | |
| ARTHUR P. BEDROSIAN, MARTIN P. GALVAN, JOHN KOZLOWSKI, JEFFREY FARBER, DAVID DRABIK, PAUL TAVEIRA, JAMES M. MAHER, and ALBERT PAONESSA, III, | Judge Wendy Beetlestone |
| Defendants, | |
| and | |
| LANNETT COMPANY, INC., a Delaware Corporation, | FILED OCT 17 2018 KATE BARKMAN, Clerk By_____ Dep. Clerk |
| Nominal Defendant. | |

## [~~PROPOSED~~] ORDER

AND NOW, this **17** day of **October**, 20**18**, it is **ORDERED** as follows:

1. The above-captioned action hereby is stayed for all purposes for a period of one-hundred and eighty (180) days or until the Court issues an order on the forthcoming motion to dismiss the Third Amended Consolidated Securities Class Action Complaint filed in the matter of *Utestch v. Lannett Co., Inc., et al.*, No. 2:16-cv-05932-WB, whichever is later (the "Stay Period").

2. Starting on the first business day after the conclusion of the Stay Period, Plaintiff Edward Shamoon ("Plaintiff") shall have fifteen (15) days to amend his complaint in response to

the Court's order on the forthcoming motion to dismiss the Third Amended Consolidated Securities Class Action Complaint filed in the matter of *Utestch v. Lannett Co., Inc., et al.*, No. 2:16-cv-05932-WB (the "Amendment Period").

3. Starting on the first business day after the conclusion of the Amendment Period, Defendants shall have thirty (30) days to answer or to move to dismiss Plaintiff's complaint.

**IT IS SO ORDERED.**

_____
WENDY BEETLESTONE, J.